| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 18-30602 / MBK

Joseph Fusco

Petition Filed Date: 10/16/2018
341 Hearing Date: 11/29/2018
Confirmation Date: 02/26/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2022 | $140.00 | 82392020 | 03/01/2022 | $140.00 | 83060970 | 03/31/2022 | $140.00 | 83708060 |
| 04/29/2022 | $140.00 | 84333000 | 05/27/2022 | $140.00 | 84892170 | 06/30/2022 | $140.00 | 85587280 |
| 08/02/2022 | $140.00 | 86200610 | 09/01/2022 | $140.00 | 86796580 | 09/29/2022 | $140.00 | 87308420 |
| 10/31/2022 | $140.00 | 87962260 | 11/30/2022 | $140.00 | 88511090 | 01/04/2023 | $140.00 | 89103400 |
| 01/30/2023 | $140.00 | 89653330 | 03/01/2023 | $140.00 | 90248500 | | | |

**Total Receipts for the Period:  $1,960.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $8,324.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joseph Fusco | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $11,865.36 | $651.86 | $11,213.50 |
| 2 | ELEMENTS FINANCIAL FCU<br>»»  2016 SUBARU FORRESTER/DEF BAL | Unsecured Creditors | $5,862.84 | $322.13 | $5,540.71 |
| 3 | AMERICAN EXPRESS | Unsecured Creditors | $10,170.14 | $558.73 | $9,611.41 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,360.35 | $404.40 | $6,955.95 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $6,534.58 | $359.03 | $6,175.55 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,200.76 | $65.98 | $1,134.78 |
| 7 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $448.29 | $15.85 | $432.44 |
| 8 | LVNV FUNDING LLC<br>»»  CITIBANK | Unsecured Creditors | $4,680.00 | $257.14 | $4,422.86 |
| 9 | TD BANK USA NA | Unsecured Creditors | $872.77 | $47.97 | $824.80 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $383.97 | $15.61 | $368.36 |
| 11 | SELECT PORTFOLIO SERVICING INC<br>»»  P/710 BEAVER DAM RD/2ND MTG/BOA/ORD L 1/7/2021/TOWD POINT | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | CHASE BANK USA, N.A. | Unsecured Creditors | $6,694.53 | $367.81 | $6,326.72 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS | Unsecured Creditors | $1,296.97 | $66.60 | $1,230.37 |
| 14 | LENDINGCLUB CORPORATION | Unsecured Creditors | $14,934.86 | $820.51 | $14,114.35 |

| 15 | James B Nutter & Company<br>»»  P\710 BEAVER DAM RD\1ST MRTG/ORDER LM 3/28/2019 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,324.00 | Plan Balance: | $840.00 ** |
| Paid to Claims: | $7,563.62 | Current Monthly Payment: | $140.00 |
| Paid to Trustee: | $611.52 | Arrearages: | ($140.00) |
| Funds on Hand: | $148.86 | Total Plan Base: | $9,164.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**