**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Fusco<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6276<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–30602–MBK

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Joseph Fusco

<u>1/29/24</u>                                              **By the court:**  <u>Michael B. Kaplan</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-30602-MBK
Joseph Fusco                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jan 29, 2024      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Fusco, 710 Beaver Dam Road, Point Pleasant Beach, NJ 08742-3847 |
| 517816783 | | Bank of America, PO Box 26249, Tampa, FL 33623-6249 |
| 517816785 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517816793 | + | Elements Financial FCU, 225 S East Ste 300, Indianapolis, IN 46202-4059 |
| 517857673 | + | Elements Financial FCU, POB 7123, Indianapolis, IN 46207-7123 |
| 517816795 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 517816796 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 517816798 | | Myriad Emerg Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517816800 | + | RMB Inc, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517818694 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517816802 | | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 517816803 | | Webbank, Attn: Vital Recoveries, PO Box 923747, Norcross, GA 30010-3747 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517816782 | | Email/Text: collectors@arresourcesinc.com | Jan 29 2024 20:47:00 | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422 |
| 517816781 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2024 20:59:26 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517888423 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2024 20:59:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517935490 | | EDI: BANKAMER | Jan 30 2024 01:35:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 517875325 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 29 2024 20:47:00 | Bank of America, N.A., c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517816784 | | EDI: TSYS2 | Jan 30 2024 01:35:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517816789 | + | EDI: CITICORP | Jan 30 2024 01:35:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517816786 | | EDI: CAPITALONE.COM | Jan 30 2024 01:35:00 | Capital One Bank, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517816787 | + | EDI: CAPITALONE.COM | Jan 30 2024 01:35:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 517901027 | | EDI: CAPITALONE.COM | | |

Case 18-30602-MBK    Doc 68    Filed 01/31/24    Entered 02/01/24 00:17:56    Desc Imaged
                                 Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 30 2024 01:35:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517917118 | Email/PDF: bncnotices@becket-lee.com | Jan 29 2024 20:59:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517901028 | EDI: CAPITALONE.COM | Jan 30 2024 01:35:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517936415 | + Email/Text: RASEBN@raslg.com | Jan 29 2024 20:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517816791 | + EDI: CITICORP | Jan 30 2024 01:35:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517816792 | + EDI: DISCOVER | Jan 30 2024 01:35:00 | Discover, PO BOx 71084, Charlotte, NC 28272-1084 |
| 517831232 | EDI: DISCOVER | Jan 30 2024 01:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517816793 | + Email/Text: AssetRecovery@elements.org | Jan 29 2024 20:47:00 | Elements Financial FCU, 225 S East Ste 300, Indianapolis, IN 46202-4059 |
| 517857673 | + Email/Text: AssetRecovery@elements.org | Jan 29 2024 20:47:00 | Elements Financial FCU, POB 7123, Indianapolis, IN 46207-7123 |
| 517816794 | Email/Text: legalmatters@nutterhomeloans.com | Jan 29 2024 20:47:00 | James B Nutter & Company, 4153 Broadway Blvd, Kansas City, MO 64111 |
| 517816790 | EDI: JPMORGANCHASE | Jan 30 2024 01:35:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 517919399 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2024 21:10:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517816797 | + EDI: LENDNGCLUB | Jan 30 2024 01:35:00 | Lending Club, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 517950942 | + EDI: LENDNGCLUB | Jan 30 2024 01:35:00 | Lending Club Corp, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 517936706 | EDI: PRA.COM | Jan 30 2024 01:35:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517933404 | EDI: PRA.COM | Jan 30 2024 01:35:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517816799 | Email/Text: clientservices@remexinc.com | Jan 29 2024 20:47:00 | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519150506 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2024 20:48:00 | Select Portfolio Servicing, Inc., as servicer for, P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 517919707 | + Email/Text: bncmail@w-legal.com | Jan 29 2024 20:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517816801 | EDI: WTRRNBANK.COM | Jan 30 2024 01:35:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 518585733 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2024 20:48:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585734 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2024 20:48:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, U.S. Bank Trust National Association, as, 84119-3284 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519520498 | | Select Portfolio Servicing, Inc., as servicing agent for TOWD Point Mortga, Select Portfolio Servicing, Inc., as servicing agent for TOWD Point Mortga |
| 519520497 | | Select Portfolio Servicing, Inc., as servicing agent for TOWD Point Mortga |
| 517816788 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Joseph Fusco cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for TOWD POINT MORTGAGE TRUST 2020-SJ1, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2019-PM8 bankruptcy@fskslaw.com |
| Ronald S. Gellert | on behalf of Creditor Elements Financial Federal Credit Union rgellert@gsbblaw.com abrown@gsbblaw.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for TOWD POINT MORTGAGE TRUST 2020-SJ1, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor James B. Nutter and Company ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor James B. Nutter and Company ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor James B. Nutter and Company ecf@powerskirn.com |

TOTAL: 12